IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Nortnern DIVISION

RECEIVED

2007 DEC 12 P 2:23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert Shuford,

Plaintiff,

v.

City of Montgomery,

Defendants,

CASE NO. 2:07cv1016-MHT

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Robert Shuford, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/11/2007
Date

(Signature)

Juraldine Battle-Hodge
(Counsel's Name)

Robert Shuford
Counsel for (print names of all parties)

207 Montgomery Street, Suite 215
Montgomery, AL 36104
Address, City, State Zip Code

(334) 262-1177
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

**CERTIFICATE OF SERVICE**

I, Juraldine Battle-Hodge, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 12th day of December 2007, to:

Hon. Kimberly O. Fehl

City of Montgomery

103 North Perry Street, Montgomery, AL 36104

12/11/2007
Date

Signature