IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT SHUFORD,<br><br>    Plaintiff,<br>vs.<br><br>CITY OF MONTGOMERY,<br><br>    Defendant. | ) Case No.: 2:07-CV-1016<br>)<br>) **REPORT OF PARTIES PLANNING**<br>) **MEETING**<br>)<br>)<br>)<br>)<br>)<br>) |

    1.    Pursuant to Fed.R.Civ.P. 26(f), the parties conferred to develop a proposed discovery plan.

    2.    Pre Discovery Disclosures. Twenty-eight (28) days from the date of the Uniform Scheduling Order, the parties will exchange the information required by Fed.R.Civ.P. (26)(a)(1).

    3.    Discovery Plan. The parties jointly propose to the court the following discovery plan:

    a.    Discovery will be needed on the following subjects: all subjects relating to the allegations set forth in the Plaintiffs' Complaint; all defenses asserted in the Answer of the Defendants and all issues relating to damages, liability and all other relevant issues discoverable under the Federal Rules of Evidence.

    b.    All discovery shall be completed on or before one week prior to the Pretrial Hearing, except that, as to any witnesses whose names are revealed less than three weeks prior to the pretrial hearing or whose names are not revealed within sufficient time for the other parties to take a deposition prior to the pretrial conference, the opposing party shall have the time extended in this paragraph to allow for deposing such witnesses.

    c.    Maximum of 25 interrogatories by each party to any other party.

    d.    Maximum of 15 requests for admission allowed by Rule 36 Fed.R.Civ.P. by each party to any other party.

  e. Maximum of 10 depositions by each party with a maximum of 7 hours per deposition, unless extended by agreement of the parties.

  f. Reports from retained experts under Rule 26(a)(2) due: from Plaintiffs at least 75 days prior to the pretrial hearing; from the Defendants at least 75 days prior to the pretrial hearing.

  g. Supplementations under Rule 26(e) due within 28 days of when a party learns that in some material respect the information is incomplete or incorrect.

4. Other items.

  a. The parties **do not** request a conference with the court before entry of the scheduling order.

  b. The parties request a pretrial conference 1 month prior to trial.

  c. Plaintiffs should be allowed until 145 days prior to pretrial, to join additional parties and to amend the pleadings.

  d. Defendants should be allowed until 115 days prior to pretrial, to join additional parties and to amend the pleadings.

  e. All potentially dispositive motions should be filed 90 days prior to the pre-trial hearing.

  f. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiffs and Defendants no later than 3 weeks prior to the pretrial hearing.

  g. Parties should have 14 days after service of final lists of witnesses and exhibits to lists objections under Rule 26(a)(3).

  h. The parties agree that this case will be ready for trial after February 2009. Plaintiff's attorney has two federal trials after September 2008 and two more trials during the January 2009 session.

  DONE this 2nd day of January, 2008.

        /s/Wallace Mills
Wallace D. Mills (MIL 090)
Attorney for the Defendant, City of Montgomery

**City of Montgomery**
P. O. Box 1111
Montgomery, AL 36101-1111
(334) 241-2050
(334) 241-2310 – facsimile

/s/ Juraldine Battle-Hodge
Hon. Juraldine Battle-Hodge
Attorney for the Plaintiff

**OF COUNSEL**:

Hon. Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104