IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT SHUFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv1016-MHT |
| | ) | |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that plaintiff's motion for leave to amend complaint (Doc. No. 12) is granted. The court assumes that the defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 5th day of May, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE