# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ROBERT SHUFORD, | ) Case No.: 2:07-CV-1016 |
| Plaintiff, | ) **ANSWER TO** |
| vs. | ) **AMENDED COMPLAINT** |
| CITY OF MONTGOMERY, | ) |
| Defendant. | ) |

COMES NOW the City of Montgomery, Alabama, by and through undersigned counsel, and in answer to the Amended Complaint filed in the above-entitled case says as follows:

1. Defendant denies the material allegations set forth in item one of the Amended Complaint and demands strict proof thereof;

2. Defendant admits the material allegations set forth in item two the Amended Complaint;

3. Defendant is without sufficient information to either admit or deny the material allegations set forth in item three of the Amended Complaint and, therefore, denies the said allegations and demands strict proof thereof;

4. Defendant admits the material allegations contained in item four of the Amended Complaint;

5. Defendant admits the material allegations contained in item five of the Amended Complaint;

6. Defendant denies the material allegations set forth in item six of the Amended Complaint and demands strict proof thereof;

7. Defendant admits the material allegations contained in item seven of the Amended Complaint;

8. Defendant admits the material allegations contained in item eight of the Amended Complaint;

9. Defendant denies the material allegations contained in items nine through thirty-three of the Amended Complaint and duplicate items twenty-five through twenty-seven of the Amended Complaint and demands strict proof thereof.

10. Defendant denies that the plaintiff is entitled to the relief prayed for in the prayer for relief.

## AFFIRMATIVE DEFENSES

COMES NOW the City of Montgomery, by and through undersigned counsel and pleads the following affirmative defenses to the claims made against it in the Amended Complaint filed in this action:

11. Defendant avers that the plaintiff has failed to exhaust his administrative remedies with regard to the retaliation claim made for the January 30th, 2007 reprimand in that he lodged an EEOC charge for retaliation complaining of the same conduct and the EEOC has yet to issue a "right to sue" letter on the said charge.

12. Defendant avers that a legitimate, non-discriminatory business reason exists for all of Defendants actions.

13. Defendant avers that neither the plaintiff's racial or religious classification nor his activity in opposing a perceived illegal employment practice was a motivating factor in any employment decisions, and that the employer would have made the same employment decisions regardless of any such discrimination.

Respectfully submitted,

/s/ Wallace D. Mills
Wallace D. Mills (MIL 090),
Attorney for the City of Montgomery

OF COUNSEL:
City of Montgomery Attorney's Office
P.O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
Fax: (334) 241-2310

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 8th day of May, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Hon. Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

None

/s/ Wallace D. Mills
OF COUNSEL