IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT SHUFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv1016-MHT |
| | ) | (WO) |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant City of Montgomery's motion for summary judgment (doc. no. 16) is granted.

(2) Judgment is entered in favor of defendant City of Montgomery and against plaintiff Robert Shuford, with plaintiff Shuford taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Shuford, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE this the 26th day of January, 2009.**

   /s/ Myron H. Thompson   
**UNITED STATES DISTRICT JUDGE**